IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERIC H. MARTINI, INC., | ) Case No.: No. CV 04-04187 SI |
| | )              CV 07-01028 JL |
| Plaintiff, | ) |
| | ) **(Proposed) ORDER TO CONTINUE HEARING** |
| vs. | ) **ON MOTION TO VACATE** |
| | ) |
| PEARSON EDUCATION, INC., | ) |
| | ) |
| Defendant | ) |
| | ) |

Upon request of Plaintiff, Frederic H. Martini, Inc., and without opposition from Defendant, Pearson Education, Inc., it is hereby Ordered that the hearing on Motion To Vacate, currently set for May 4, 2007 at 9:00 a.m. be reset to be heard in this Courtroom on May 17, 2007 at 3:30 p.m.

Dated: April   , 2007

_____

Judge Susan Illston

-1-

-2-

Case 3:07-cv-01928-SI Document 11-2 Filed 04/24/2007 Page 2 of 2

-2-